FILED

AUG 11 2020 JG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JACOLBY COOLIDGE

No. 20 CR 437

Violation:   Title 18, United States
Code, Section 922(g)(1)

JUDGE SEEGER
MAGISTRATE JUDGE KIM

The SPECIAL NOVEMBER 2019 GRAND JURY charges:

On or about July 30, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

JACOLBY COOLIDGE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Glock, Model 21, .45 caliber semiautomatic pistol, bearing serial number TUC522, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2019 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to, Glock, Model 21, .45 caliber semiautomatic pistol, bearing serial number TUC522, and associated ammunition.


A TRUE BILL:


_____
FOREPERSON


_____
UNITED STATES ATTORNEY